# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

LANCE OLDRIDGE,

    *Plaintiff,*

vs.

CITY OF WICHITA, KANSAS;
GORDON RAMSAY;
WANDA GIVENS; and
JOSE SALCIDO.

    *Defendants.*

Case No. 6:21-cv-1284-EFM-BGS

## MEMORANDUM AND ORDER

Plaintiff has asserted various claims against Defendants stemming from his termination from the Wichita Police Department. The Court previously entered summary judgment in favor of several defendants, but denied summary judgment as to the City of Wichita, Gordan Ramsay, Wanda Givens, and Jose Salcido.

Both sides appealed. On June 7, 2024, the Tenth Circuit remanded the case to this Court with instructions to grant summary judgment in favor of Wanda Givens and Jose Salcido on the basis of qualified immunity.

**IT IS THEREFORE ORDERED** that Defendants Wanda Givens and Jose Salcido are dismissed from this case on the basis of qualified immunity.

-2-

**IT IS SO ORDERED.**

Dated this 7th day of June, 2024.

*[signature]*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE