## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

LANCE OLDRIDGE     )
           )
     Plaintiff,   )
           )
vs.          )  Case No. 6:21-cv-1284-EFM
           )
CITY OF WICHITA, KANSAS; )
ROBERT LAYTON; and   )
ANNA HATTER,     )
           )
     Defendants.  )
_____)

### JOINT MOTION TO RESET JURY TRIAL

COME NOW the Defendants, Robert Layton (Layton), Anna Hatter (Hatter), and The City of Wichita, Kansas (the City), by and through attorneys of record and respectfully move the Court for an order moving the jury trial from January 12, 2027 to November 17, 2026. The Plaintiff joins in this Motion.

In support of this motion, the Parties state as follows:

1. The Court entered its Pretrial Order on November 3, 2025. (ECF 198). The Order included a trial date of August 11, 2026.

2. The Court reset the jury trial hearing on June 15, 2026, resetting it for January 12, 2027. (ECF 229).

3. The parties have conferred and now request a trial date for November 17, 2026.

4. The reason for the request is that lead counsel for the Defendants has multiple personal and professional conflicts in January 2027. If this motion is not granted then Defendants will have to request a continuation for the trial into February, 2027.  Plaintiff agrees to moving the schedule forward but would respectfully request not to move trial further out.

5. After consultation with the lawyers and parties the November 17, 2026 date appears to work for the parties. The current Court schedule does not show any conflicts with the Court's current trial schedule.

6. This is the Parties' first request for an adjustment to the trial calendar.

WHEREFORE, by reason of the above and foregoing, the Parties respectfully request the Court reset the trial calendar so that this trial can occur on November 17, 2026.

Respectfully submitted:

/s/ Jennifer M. Hill
Jennifer M. Hill, #21213
Pamela C. Parker, #21293
Edward L. Keeley, #09771
MCDONALD TINKER PA
300 West Douglas, Suite 500
Wichita, Kansas 67202
T: (316) 263-5851
F: (316) 263-4677
E: jhill@mcdonaldtinker.com
    pparker@mcdonaldtinker.com
    ekeeley@mcdonaldtinker.com
*Attorneys for Defendants*


Sean M. McGivern, KS #22932
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley St. Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
sean@graybillhazlewood.com
*Attorneys for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 15th day of July, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Sean M. McGivern
GRAYBILL & HAZELWOOD, LLC
218 N. Mosley St.
Wichita, Kansas 67202
*Attorneys for Plaintiff*

/s/ Jennifer M. Hill
Jennifer M. Hill, #21213

3